## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bhavilai, Wilaivarn

Printed: 11/04/08

Case Number:  05 B 45294
Judge:  Wedoff, Eugene R
Filed:  10/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  October 31, 2008
Confirmed:  December 1, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 9,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 6,811.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 488.19 |
| Other Funds: |  | 0.00 |
| Totals: | 9,000.00 | 9,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | People's Bank | Unsecured | 487.65 | 1,047.00 |
| 3. | Resurgence Financial LLC | Unsecured | 2,684.93 | 5,764.81 |
| 4. | Allaince Credit & Collection | Unsecured | | No Claim Filed |
| 5. | Chase Manhattan | Unsecured | | No Claim Filed |
| 6. | Kaplan | Unsecured | | No Claim Filed |
| 7. | LTD Financial Services | Unsecured | | No Claim Filed |
| 8. | Receivables Management Inc | Unsecured | | No Claim Filed |
| | | | $ 4,872.58 | $ 8,511.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 58.20 |
| 5% | 19.74 |
| 4.8% | 134.25 |
| 5.4% | 162.00 |
| 6.5% | 97.50 |
| 6.6% | 16.50 |
| | $ 488.19 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bhavilai, Wilaivarn

Printed: 11/04/08

Case Number:  05 B 45294

Judge:  Wedoff, Eugene R

Filed:  10/7/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

